# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMIE LYNN FRANCO MARTINEZ,<br><br>    Defendant. | No. SA CR 14-170 PA<br><br>JUDGMENT REVOKING SUPERVISED RELEASE |

On March 25, 2019, Christopher Kendall, the attorney for the government appeared, and the defendant, Jamie Lynn Franco Martinez, appeared with appointed counsel Erin M. Murphy, and defendant previously admitted allegations 1 through 7, as charged in the petition filed on February 22, 2019. Defendant further admits allegations 8 through 14, as charged in the petition filed on March 23, 2019.

THE COURT FINDS that the defendant violated the terms and conditions of the order of supervised release of April 27, 2015, and ORDERS that the order of supervised release is hereby revoked, vacated, and set aside.

IT IS FURTHER ORDERED AND ADJUDGED, upon the findings of the Court, that supervised release is revoked and the defendant is hereby committed to the custody of the Bureau of Prisons for a term of 8 months, with no supervision to follow.

Defendant is advised of her right to appeal.

It is further ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons at or before 12 noon, on April 1, 2019. In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at the Ronald Reagan Federal Building, 411 West Fourth Street, Santa Ana, CA 92701.

DATED: March 25, 2019

                                                              Percy Anderson
                                      UNITED STATES DISTRICT JUDGE

Kiry K. Gray, Clerk

 By:  <u>Kamilla Sali-Suleyman</u>
        Deputy Clerk
cc: USM, BOP, USPO